# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDOLFO REYES-DUARTE, <br><br> Petitioner, <br><br> v. <br><br> SESSIONS, et al., <br><br> Respondents. | Case No.: 18cv631-MMA <br><br> **ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

Petitioner Indolfo Reyes-Duarte has filed a petition for writ of habeas corpus ad prosequendum requesting that the Court order his immediate presentment before a United States Magistrate Judge. *See* Doc. No. 1. Petitioner asserts that he was taken into custody by Respondents on March 27, 2018 at 12:30 p.m., and has not yet been presented for initial appearance as required by Federal Rule of Criminal Procedure 5(a)(1)(A).

Rule 5 requires, in pertinent part, that "[a] person making an arrest within the United States must take the defendant without unnecessary delay before a magistrate judge, or before a state or local judicial officer as Rule 5(c) provides, unless a statute provides otherwise." Fed. R. Crim. P. 5(a)(1)(A).

1

Here, Petitioner simply avers that "there is good reason to believe that [he] is currently being detained in violation" of Rule 5(a)(1)(A). Doc. No. 1. at 2.[1] Petitioner was scheduled for an initial appearance before United States Magistrate Judge Peter C. Lewis on Wednesday, March 28, 2018, at 1:30 p.m. *See* Case No. 18mj8520. Apparently, Petitioner did not appear as scheduled, Judge Lewis stayed presentment until March 29, 2018 at 1:30 p.m., and this petition ensued.[2]

Petitioner has submitted a boilerplate petition which sets forth the applicable law, but provides no specific factual basis for this Court to conclude that the delay in his presentment is an *unnecessary* delay. Moreover, the delay has been brief, and will be remedied forthwith. Court personnel have confirmed that Petitioner is scheduled to appear before Judge Lewis in El Centro, California, on Thursday, March 29, 2018 at 1:30 p.m.

Accordingly, the Court **DENIES** the petition. The Clerk of Court is instructed to enter judgment accordingly and close the case.

**IT IS SO ORDERED**.

DATE: March 29, 2018

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] Citations refer to the pagination assigned by the CM/ECF system.

[2] Petitioner also styles his request for relief as an appeal from Judge Lewis' stay of presentment. *See* Doc. No. 3.