

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Indolfo Reyes-Duarte | Civil Action No. 18cv631-MMA |
| Petitioner, | |
| V. | |
| See attachment | **JUDGMENT IN A CIVIL CASE** |
| Respondents. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies the petition. The Clerk of Court is instructed to enter judgment accordingly and close the case.

Date: 3/29/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   18cv631-MMA

Respondents

Jeffrey Sessions
Attorney General of the United States

David Harlow
Director, United States Marshals Service

John Kelly
Secretary of the Department of Homeland Security

Steven C Stafford
United States Marshal for the Southern District of California